# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| LaShune McCarthy, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-CV-00052-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| NC Department of Public Safety | ) | |
| FNU Mortez | ) | |
| FNU Draugn | ) | |
| John Does 1-100 | ) | |
| FNU Gum | ) | |
| Jane Does 1-100 | ) | |
| FNU Sanders | ) | |
| FNU Smith, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2015, Order.

Signed: May 26, 2015

_____
Frank G. Johns, Clerk
United States District Court